**Richard A. HOWELL, Plaintiff–
Appellant,**

v.

**Jack LEE, Warden; Prisoners
Unknown, Defendants–
Appellees.**

No. 02–7433.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 20, 2002.

Richard A. Howell, Appellant Pro Se.

Before LUTTIG, MICHAEL, and
DIANA GRIBBON MOTZ, Circuit
Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Richard A. Howell appeals the district
court's orders dismissing his 42 U.S.C.
§ 1983 (2000) complaint without prejudice
pursuant to 28 U.S.C. § 1915A(b)(1) (2000)
and denying reconsideration of that order.
Because Howell may be able to proceed
with this action by amending his complaint
to allege sufficient facts to state a claim,
the dismissal order is not final and thus is
not subject to appellate review. *See Dom-
ino Sugar Corp. v. Sugar Workers Local
Union 392,* 10 F.3d 1064, 1066–67 (4th
Cir.1993). We therefore dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*